UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Ronald J. Allison,

        Plaintiff

v.

Social Security Administration et al.,

        Defendants

Case No.: 2:21-cv-01769-JAD-NJK

**Order Adopting Report & Recommendation and Dismissing Action**

[ECF No. 3]

Plaintiff Ronald Allison sues the Social Security Administration, among other defendants, alleging that taxpayer money is being improperly used to pay for mental-health programs. The magistrate judge reviewed the complaint, deemed it frivolous and delusional, and issued a report and recommendation (R&R) to dismiss this case with prejudice.[1] The deadline for the plaintiff to object to that recommendation was October 11, 2021, and the plaintiff neither filed objections nor moved to extend the deadline to do so. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[2] Having reviewed the R&R, I find good cause to adopt it, and I do.

Accordingly, IT IS HEREBY ORDERED that the magistrate judge's report and recommendation **[ECF No. 3] is ADOPTED** in full;

IT IS FURTHER ORDERED THAT **this case is dismissed with prejudice as frivolous and delusional**. The Clerk of Court is directed to ENTER JUDGMENT ACCORDINGLY and CLOSE THIS CASE.

                                                                     _____
                                                                     U.S. District Judge Jennifer A. Dorsey
                                                                     Dated: October 20, 2021

---

[1] ECF No. 3.

[2] *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).